UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| GARY D. KENISON, | ) | CASE NO. C05-0737-TSZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF REMAND |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The decision is AFFIRMED in part and REVERSED in part. The Court orders remand of the case for further administrative proceedings as described in the Report and Recommendation; and

/ / /

/ / /

ORDER OF REMAND
PAGE -1

(3)   The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 23rd day of January, 2006.

                     /s/ Thomas S. Zilly
                     Thomas S. Zilly
                     United States District Judge